**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Eva Garcia v. Gustavo  Gallardo

Appellate case number:   01-22-00029-CV

Trial court case number:  2020-55783

Trial court:                     246th District Court of Harris County

Joseph A. DeFazio, attorney of record for appellant, Eva Garcia, has filed a motion to withdraw as counsel.  His motion complies with Texas Rules of Appellate Procedure 6.5(a) and (b).  Although there was no certificate of conference, his motion has been on file for ten days and no one has filed a response to the motion.  TEX. R. APP. P. 10.3(a).  Accordingly, his motion to withdraw is **granted**.

Joseph A. DeFazio is instructed to immediately notify appellant, in writing, of any deadlines or settings that he knows about that were not previously disclosed to appellant.  The withdrawing attorney must file a copy of that notice with the Clerk of the Court.  *See* TEX. R. APP. P. 6.5(c).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                     Acting individually

Date:  April 7, 2022